US District Court
District of Massachusetts

David Easley Pro'se
Plaintiff
                                            Case No. N/A
V.

Kathleen Dennehy et, al
Defendants                            05-11290 EFH

## 42 USC 1983 Complaint

### Parties

1. The Plaintiff is a Resident of S. Walpole, MA Norfolk County (I think?) a Citizen of United States.

2. The Defendants Kathleen Dennehy et, al is a Resident of Milford, MA and ~~[struck out]~~ Citizen of U.S.

3. The Defendant David Nolan is a Resident of S. Walpole and United States Citizen.

### Jurisdiction

4. This Court has Jurisdiction over this Matter Pursuant to 28 USC § 1332.

# FACTS

5. On April 26, 2005 Plaintiff Entered MCI-Cedar Junction level 6 High Max Prison During Code 99 (Possibly televised isol Riot). Was placed on Suicide watch for Attempted Suicide cut wrist Future thoughts of Suicide. While on watch Refused Blanket made For Suicide watch multiple cells busted windows Freezing yelling for mental Health to take me off watch Stop taking Blanket. On constant Eyeball watch increase During Following Days Non trained Police Monitering me After I Attempted Suicide Again when mental Health ignored Request to Get Zoloft And other medications being Refused And take off watch Give Blanket Etc. Broke Fiberglass Bed swallow Fiberglass bed Police had no Degree in Psychology No Mental training but left to Supervise me and Document All Diagnosis For mental Health. then Explained not suppose to Be here only mental hospital there Contempt of Court order Austin et,al V. Wilkinson et,al (OHIO 2001-2003) Contact Ohio DRC and my lawyer Send me to hospital Stop Denying treatment. Defendants Refused Numerous Grievance Filed when U Mass medical would not respond to complaints including inadquate Access to mental Health. then Defendants wrote Disciplinary report to punish Easley For Another Suicide Attempt (Self mutalization) its illegal to Punish For illness Disorder (not Responsible) cut wrist open near Artery. Defendants Still Refuse transfer to mental Hospital Submitting Attorney Documents Proving Court order Still Refuse

to Advocate on Behalf of his Manic Depression Disorder, Impulse Control, Explosive Disorder, Paranoia Scitzophrenia And Post tramatic Stress <u>to not Hold Him Responsible</u> For his unpredictable **involuntary** Anti-social illness Disorder. Doctor has removed him OFF his Zoloft medication For Depression And Put him on Prozac that is A cheaper Brand <u>not</u> Helping Balance Chemical **Inbalance**. Doctor Herbey has Also Refused to Authorize MOOD Stablizer And Anxiety medication which Easley Does well on Do to less Side Effects such As Nuerontin, Zanex OR 6 milogram Calodapin. Grant transfer to Mental Facility Easley has long history in Ohio Suicide overdose induce Comas Brain injury Fractured Skull And was just on National TV on PBS Frontline May 10, 2005 (insane Asluyms in ohio prisons)

Cert of Service

Forgoing was Sent Via U.S.P.S. to ~~Command~~ Clerk of Court U.S. District Court 1 Courthouse way Ste 2300 Boston, MA 02210 this 14th Day of June 2005

Dave Easley
Respectfully Submitted

Kathleen Dennehy                            6-6-2005

This is my Second letter to you And Lt Gov Kerry Healey I'm out of State Mental Health transfer. Been on Suicide watch twice Doctor refuse my 20 lbft medication then 4 Disciplinary Reports For Suicide Attempts. its illegal to punish Patients For illness not mentally SANE or Stable.

           was recently on Frontline May 10, 2005 mental Asylum in Ohio prison Cut wrist last month Being Denied RTU within 7 Days Per MGL 123 App$^{ss}$ 1-1 Article IX (6). Denied Access to mental Programs Ret, Coping with Stress, Stress management Depression Wellness Medication Education Med Compliance And Suicide prevention. Denied Access to License Plate Job $30.00 Per Week Do to illness unsafe to be Around Steele. ADA Discrimination.

           To Resolve Compensate $25,000. monetary Plus $30.00 Job wage Credit per week For NO Job Access to license plate shop. transfer to mental Facility ASAP Per MGL 123 App$^{ss}$ 1-1 Article IX (6) Doctor Prescribe Kolonopin, Ritlin And Welbutrin.
                                       D. Easley T85010

7 DAY Notice
CC:

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT


# 10467

| | | | |
|---|---|---|---|
| **Name** | EASLEY DAVID L | **Institution** | MCI CEDAR JUNCTION |
| **Number** | T85010  **Housing** O1 | **Appeal Date** 19-MAY-2005 | **Date Of Grievance** 12-MAY-2005 |
| | | **Appeal Received Date** | 23-MAY-2005 |

**Appeal**  Deception Inadquate (Access) to Mental Health U MASS MEDICAL refuse to respond to complaint or mail tampered with. Contempt of Court order. Mental Facility (Austin V. Wilkinson) (Ohio) 2001
Return page 3 of 3 attorney attachment All copies and DOC Appeal.
Superintendent Appeal

**Remedy Requested**  Transfer to (old Colony) 2nd option (Bridgewater) then attempt to send me Back to Ohio. Refuse interstate Compact and longterm Mental Facility Housing.

Access to U MASS Medical will not respond to grievance so I use this Rt

**Staff Recipient**  Sullivan Daniel CO II

**Signature**  _____

---

## DECISION BY SUPERINTENDENT

**Appeal Received Date**  23-MAY-2005    **Decision Date**  _____    **Decision**  _____

**Decision By**  _____

**Reasons**  _____

**Signature**  _____    **Date**  _____

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | EASLEY DAVID L | **Institution** | MCI CEDAR JUNCTION |
| **Number** | T85010 | **Appeal Received Date** | 23-MAY-2005 |
| **Staff Recipient** | Sullivan Daniel CO II | | |
| **Superintendent's Signature** | *David Nolan* RD | | |

# Classification Report

Recieved 6-8-2005

Name: DAVID EASLEY                    Commitment#: T85010

Class Type:   Initial

## Board Recommendation:

Date: 20050531                Level:  6    Site of Hearing: MCI CEDAR JUNCTION
Institution: MCI CEDAR JUNCTION              Vote: 3-0
Screen For:                             Chairperson: Connolly, Thomas
Placement Site:                    Board Member 1: McDermott, Bree
                                Security Bd Member: Guerrini, Dawn

Board's Rational:
Remain MCI-CJ due to (pending d-reports) and need for longer period of evaluation in Mass. custody. Inmate advised of appeal process, given appeal form and classification memo of 4/26/04.

Review Date:   20051130         Reviewed By:
User(L,F,M,S): Thomas Connolly A

| | | | | | | |
|---|---|---|---|---|---|---|
| Advised of Recommendation | Yes [X] | No [ ] | Early Parole | [ ] | Work Crew | [ ] |
| Advised of Appeal Process | Yes [X] | No [ ] | Education Release | [ ] | PRA | [ ] |
| 48 Hour Notification | Yes [X] | Waive [ ] | Work Release | [ ] | PRA Hours | |
| | | | Public Speaking | [ ] | Others | |

## Classification Appeal

Reason for appeal




## Superintendent/Designee Recommendation.


Level:           Institution:                                          Date:
Screen For:              Placement Site:              Recommendation:
Reason/Condition



User(L,F,M,S):
Early Parole   [ ]   Work Crew [ ]   Education Release [ ]   Work Release [ ]
Public Speaking [ ]  PRA       [ ]   PRA Hours                Others

## Superintendent/Designee Appeal Decision.

Superintendent/Designee:                         Date:           Decision:

Page 1 of 6

Inmate Name: David Easley #T85010
Institution: MCI Cedar Junction

I wish to appeal a recent classification decision that was made on my behalf.

Date of Classification board: 5-31-2005
Class board recommended: 6 Months level 6
Superintendents decision: _____
Commissioner's decision: _____

I believe that I should be placed at: 4-5
This decision is based on the following reasons:

I was not found Guilty For Any D-Reports I Have Court Order to sue Doc Court Order Austin V Wilkinson et al Suppose to be in Mental Facility RTU. Per 103 CMR 420 Shall not be Held For Not Guilty Pen D-Rep

********************************************************************
**To be completed by Institutional personnel**

Inmate requests placement at: _____

This request is:   Supported _____   Not supported _____

This request is based on: _____

_____    _____
Superintendent/Designee        Date

********************************************************************
**To be completed by Commissioner's Office**

After careful review of all relevant classification material and recommendations, the final placement decision is:

_____

This decision is based upon: _____

_____    _____
Commissioner                   Date

Inmate
Institution
Classification
Central Records

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** EASLEY DAVID L    **Grievance#** 10467    **Institution** MCI CEDAR JUNCTION

**Commit No.** T85010    **Housing** HOSPITAL    **Date Of Incident** 20050426    **Date Of Grievance** 20050512

**Complaint**
Access to mental health treatment is inadequate per DOC 650 and Crim Rule 233 ss (33) 23 F Patient Abuse Crim Rule 123 ss 18A Transfer to mental hospital. Accordin to my lawsuite Austin V. Wilkinson (Ohio 2001-2004) mental health is to be provided least restrictive measures treatment programs, RTU, suicide Prevention and IMHTU. I have court order to prove suppose to be Hospital I am being denied (Old Colony) or Bridgewater Programs treatment Etc. 5-12-2005 CPO Bree (Unit Meeting Classification team) Erica Mental Health Supervisor, Superintendent Nolan, Deputy Lisa Mitchill (Nothing Done Additl 6 months Max (MCI)) (Grievance 2 of 2) : Arrange for Ohio to transfer me back to RTU at Trumbell Warren, CMC or Back to CRC RTU to comply with Court Order (Austin V. Wilkinson) and Dunn V. Voinvich). Temporaly Per Mass Civil and Criminal Rules & Procedures 123 ss 18A Transfer to Mental Hospital Send me to (Old Colony) or 2nd Choice Bridgewater until sent back to proper mental hospital in Ohio.

**Remedy Requested**
To resolve contact Terry Collins Dept Corrections (DRC) 1050 Freeway Dr. N Columbus, Ohio 43229 and Director Reginald Wilkinson & William Eleby Same address.

**Staff Recipient** Sullivan Daniel    CO II

**Staff Involved** Grandberg Erika    Mental Health Director

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20050515    **Decision Date** 20050516

**Signature** Sullivan Daniel    CO II

**Final Decision** Non-Griev Med Treatmnt/Diagnos

**Decision**
103 CMR 491.08 states in part; Medical or clinical decisions related to an inmate's physical or mental condition shall not be grievable under 103 CMR 491.00 as the medical contractor is required to maintain its own grievance procedure, however, matters cooncerning access to medical or mental health care are grievable. In speaking with you, you stated that you are not grieving the access but the care you are being provided. I have reviewed your movement log and have identifed that you have been seen by mental health on several occassions. Also, I have spoken with Mental Health staff and have ascertained that on 4/29/05 you signed the appropriate forms to have your mental health records forwarded from another location to Erika Grandber, Mental Health Director at MCI CJ. As of this date MH is awaiting arrival of those records for review in an attempt to further service your needs as is appropriate.

**Signature** [signed]    **Date** 5/16/05

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| Name: EASLEY DAVID L | | Institution: MCI CEDAR JUNCTION | |
| Commit No. T85010 | Housing: HOSPITAL | Date Of Incident: 20050426 | Date Of Grievance: 20050512 |

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| Name: EASLEY DAVID L | | Institution: MCI CEDAR JUNCTION | |
| Commit No. T85010 | Grievance# 10467 | Date Received: 20050515 | |

Signature: Sullivan Daniel    CO II



Erika Grandberg, LICSW
Mental Health Director
MCI Cedar Junction

David Easley, T85010
MCI Cedar Junction

June 8, 2005

Dear Mr. Easley,

I am responding to your Inmate Grievance and Appeal Forms dated 5/28/05 and two dated 5/31/05. When we met on 6/6/05 I informed you that an RTU referral will be submitted to OCCC in approximately two months. You said that when you recently saw the class board they recommended you remain at MCI-CJ for another six months. If the RTU accepts you based on clinical criteria the class board needs to deem you eligible for a reclassification to another facility.

Sincerely,

Erika Grandberg, LICSW

# UMASS CORRECTIONAL HEALTH
*A Commonwealth Medicine Program*

## Inmate Grievance and Appeal Form

Facility: MCI-CJ    Grievance ☑  Date: 5-31-2005
Inmate First Name: Dave    ID#: T85010    Appeal ☐  Date:
Inmate Last Name: Easley    Date of Birth: 2-27-75    Housing Unit: OU

**Summary of Grievance or Reason for Appeal** (Attach Additional Sheets As Necessary):

This the 5th Grievance I sent Concerning Denied Class Hearing prior Inadequate Mental Health Facility Housing And NO Access to RTU treatment And Programs such As Depression Wellness, Stress Management, Coping with Stress, Medication Compliance, Medication Education, Animal therapy, Cage your Rage, Music & Entertainment therapy. NO trained staff w/ Psychology Degree Etc. I Have Court order to be Placed in Mental Health Erica Refuse to Comply.

**Remedy Requested** (Attach Additional Sheets As Necessary):

Transfer to RTU At Old Colony or Bridgewater to Comply with MGL-123 §18A (Austin v. Wilkinson) Ohio

Inmate Signature: D. Easley    Date: 5-31-2005

- Completed forms may be filed with the HSA/DON/MHD or placing the form in the Sick Call Box. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may appeal the decision of the HSA/DON/MHD to the UMCH Medical Director.
- An appeal must be filed within ten (10) working days from the receipt of the decision by the HSA.
- Appeals should be filed with the HSA. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may file the appeal directly with the UMCH Medical Director, by sending it to
  Medical Director
  UMass Correctional Health
  One Research Drive – Suite 120C
  Westborough, MA 01581

**Health Services Unit Use ONLY:**

Date Received: 6/2    Staff Recipient: 56    Routed To: MHD

NO Mental Health Assistance or Disciplinary Procedures for the Mental Health. Court order (Austin v. Wilkinson Ohio 2005)

# UMASS CORRECTIONAL HEALTH
*A Commonwealth Medicine Program*

## Inmate Grievance and Appeal Form

Facility: **M.C.I. CEDAR JUNCTION HEALTH SERVICE UNIT**  Grievance ☑  Date: 5-28-2005
Inmate First Name: DAVE  ID#: T85010  Appeal ☐  Date:
Inmate Last Name: EASLEY  Date of Birth: 7-27-75  Housing Unit: OU

**Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary):**

UMass keeps Refusing to Respond to My Grievance For Inadquate Mental Health. No Access to RTU Mental Facilities NON trained Police Supervision on Suicide watches with NO Degree in Psychology that NO Diagnosis & Priagnosis to observe. No treatment Programs For Manic Depression wellness Groups NO Stress Management NO Music therapy, Ret, NO Pet therapy. Doctor took me OFF Zoloft I Been Suicidal Several times Erica & Doc Refuse transfer to Old Colony or Bridgewater

**Remedy Requested (Attach Additional Sheets As Necessary):**

transfer to Mental Facility

Inmate Signature: D. Easley    Date: 5-28-2005

- Completed forms may be filed with the HSA/DON/MHD or placing the form in the Sick Call Box. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may appeal the decision of the HSA/DON/MHD to the UMCH Medical Director.
- An appeal must be filed within ten (10) working days from the receipt of the decision by the HSA.
- Appeals should be filed with the HSA. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may file the appeal directly with the UMCH Medical Director, by sending it to
  Medical Director
  UMass Correctional Health
  One Research Drive – Suite 120C
  Westborough, MA 01581

**Health Services Unit Use ONLY**

Date Received: 6/1   Staff Recipient: SG   Routed To: MHD



# Inmate Grievance and Appeal Form

Facility: MCI-CJ      Grievance ☑    Date: 5-31-2005

Inmate First Name: Dave    ID#: T85010    Appeal ☐    Date:

Inmate Last Name: Easley    Date of Birth: 7-07-75    Housing Unit: OU

**Summary of Grievance or Reason for Appeal (Attach Additional Sheets As Necessary):**

<u>NO</u> Access to Mental Health Programs And Treatment Such As Depression wellness, Stress Management, Coping with Stress, Music therapy. <u>NO</u> Trained Supervision By Police on Suicide Watch And Population. Doctor Refuse My Zoloft I Became Suicidal Several Times <u>NO</u> Mental Assist OR Mental Health Discipline Procedure I was Charge For Suicide Attempt By D-Board. Erica Refuse Suicide Blanket in HSU Busted Windows.

**Remedy Requested (Attach Additional Sheets As Necessary):**

Transfer to Bridgewater Per MGL 123 §18A OldColony Perfer. Arrange thru Mental Health to Clear this up your in Contempt of <u>My</u> Court Order See: Austin et.al V. Wilkinson et.al (N.D. Ohio 2002)

Inmate Signature: D. Easley    Date: 5-31-2005

- Completed forms may be filed with the HSA/DON/MHD or placing the form in the Sick Call Box. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may appeal the decision of the HSA/DON/MHD to the UMCH Medical Director.
- An appeal must be filed within ten (10) working days from the receipt of the decision by the HSA.
- Appeals should be filed with the HSA. For inmates in special management units, forms may be handed to rounding HSU staff.
- An inmate may file the appeal directly with the UMCH Medical Director, by sending it to
  Medical Director
  UMass Correctional Health
  One Research Drive – Suite 120C
  Westborough, MA 01581

**Health Services Unit Use ONLY:**

| Date Received: | Staff Recipient: | Routed To: |
|---|---|---|

Denial of court order Austin V. Wilkinson (Ohio)(2002) Mental Health Facility Placement RTU treatment For illness this 3rd complaint Did <u>Not</u> Get Response 3 weeks ago

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | EASLEY, DAVID L | **Commit No** | T85010 | **Housing Unit** | O1 |
| **Date** | 13-MAY-2005  **D- Report No.** 55771 | **Institution** | MCI CEDAR JUNCTION | | |

**OFFENSE(S) & CODE NO.:**
   08-CONDUCT WHICH DISRUPTS
   (17-SELF MUTILATION)

**Major** [X]         **Minor** [ ]

**Description of Offense(s)**

On Friday, May 13, 2005 at approximatley 2155 hrs. during the nurse's med round I CO M. Dupont witnessed Inmate David Easley T-85010 tossing books out of his second floor cell # 220. CO O'Brien went to his cell to investigate and noticed Inmate Easley's left arm was bleeding. The corridor was notified. CO Esperian entered the unit handcuffed Inmate Easley and escorted him to HSU. Lt notified.

**Has Inmate been placed on Awaiting Action Status**     **Yes** [ ]     **No** [ ]

| | | | | | |
|---|---|---|---|---|---|
| **Referred to DA** | [ ] Yes [X] No | | **Referred to DDU** | [ ] Yes [X] No | |
| **Reporting Staff** | Marlo Dupont J | | **Date** 13-MAY-2005 | **Time** 22:20 | |

**Days off**     Wed   Thu
**Shift**         3-11

| | | | | |
|---|---|---|---|---|
| **Shift Commander** | Wayne Belisle G | **Date** 13-MAY-2005 | **Time** 23:20 |
| **Disciplinary Officer** | Ernest Therien J | **Date** 16-MAY-2005 | **Time** 07:00 |

**Results**

| **Code Description** | **Sanctions** | **Start Date** | **End Date** | **# of Units** | **SS** |
|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | **Time** | |

20050516 10:19

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | EASLEY, DAVID L | **Commit No** | T85010 | **Housing Unit** | 01 |
| **Date** | 17-MAY-2005 | **D- Report No.** | 55953 | **Institution** | MCI CEDAR JUNCTION |

**OFFENSE(S) & CODE NO.:**
01-DISOBEYING AN ORDER, LYING, INSOLENCE
04-BEING OUT OF PLACE

**Major** [X]   **Minor** [ ]

**Description of Offense(s)**

On 5-17-05 at approx. 14:30 Inmate David Easley,T85010 cell #220 had returned to the unit from the HSU after being housed there over the weekend.
  At this time this officer observed inmate Easley talking on the phone. Said inmate told officer Cahill that Deputy Mitchell O.K'd him to make a phone.
  Inmate was currently on AA status and refused to lock in. Corridor Sgt was notified and inmate was secured

**Has Inmate been placed on Awaiting Action Status**   **Yes** [X]   **No** [ ]

**Referred to DA**  [ ] Yes  [X] No        **Referred to DDU**  [ ] Yes  [X] No

**Reporting Staff**  Timothy Sullivan P        **Date** 17-MAY-2005   **Time** 14:54

**Days off**  Fri  Sat
**Shift**  7-3

**Shift Commander**  John Brodbeck W        **Date** 17-MAY-2005   **Time** 15:39

**Disciplinary Officer**  Ernest Therien J        **Date** 19-MAY-2005   **Time** 07:00

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS |
|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | **Time** | |

20050519 13:18

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | EASLEY, DAVID L | **Commit No** | T85010 | **Housing Unit** | HOSPITAL |
| **Date** | 28-APR-2005 | **D- Report No.** 55111 | | **Institution** | MCI CEDAR JUNCTION |

**OFFENSE(S) & CODE NO.:**
- 01-DISOBEYING AN ORDER, LYING, INSOLENCE
- 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
- 03-FAILURE TO KEEP IN ACCORDANCE
- 08-CONDUCT WHICH DISRUPTS
- 22-DESTROYING/DAMAGING PROPERTY

**Major** [X]    **Minor** [ ]

**Description of Offense(s)**

On April 28, 2005 at approximately 11:00 AM, I Sergeant Lanpher observed inmate David Easily (T-85010) housed in cell #12 attempting to break the fixtures in his cell. Inmate Easily was given a direct order to cease the behavior to which he refused. Inmate Easily broke the security bed and had pieces of broken fiberglass in the cell. Inmate Easily disrupted the orderly running of the unit and was removed from the cell. Lieutenant and Inner Control notified.

**Has Inmate been placed on Awaiting Action Status**    Yes [ ]    No [X]

**Referred to DA**    [ ] Yes    [X] No       **Referred to DDU**    [ ] Yes    [X] No

**Reporting Staff** Jason Lanpher L    **Date** 28-APR-2005    **Time** 11:48

**Days off** Tue Wed
**Shift** 7-3

**Shift Commander** John Brodbeck W    **Date** 28-APR-2005    **Time** 12:03

**Disciplinary Officer** Ernest Therien J    **Date** 29-APR-2005    **Time** 08:30

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS |
|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | **Time** | |

20050429 13:29

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | EASLEY, DAVID L | **Commit No** | T85010 | **Housing Unit** | HOSPITAL |
| **Date** | 28-APR-2005 | **D- Report No.** | 55112 | **Institution** | MCI CEDAR JUNCTION |

**OFFENSE(S) & CODE NO.:**
02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
03-FAILURE TO KEEP IN ACCORDANCE
08-CONDUCT WHICH DISRUPTS
22-DESTROYING/DAMAGING PROPERTY

**Major** [X]   **Minor** [ ]

**Description of Offense(s)**
On APril 28, 2005 at approximately 11:45 AM, I Sergeant Lanpher observed the security mattress in cell #12 housing inmate David Easily(T-85010) to be torn. Inmate Easley tore the mattress rendering it unusable. Lieutenant and Inner Control notified.

**Has Inmate been placed on Awaiting Action Status**   Yes [ ]   No [X]

**Referred to DA**   [ ] Yes   [X] No         **Referred to DDU**   [ ] Yes   [X] No
**Reporting Staff**   Jason Lanpher L         **Date** 28-APR-2005   **Time** 12:08

**Days off**   Tue Wed
**Shift**   7-3

**Shift Commander**   John Brodbeck W         **Date** 28-APR-2005   **Time** 12:09

**Disciplinary Officer**   Ernest Therien J         **Date** 29-APR-2005   **Time** 08:30

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS |
|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | **Time** | |

20050429 13:29

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: Dave Easley Pro'Se

**DEFENDANTS**: Kathleene Dennehy etc

**(b) County of Residence of First Listed Plaintiff**: Norfolk (Walpole)
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed**: Norfolk (Medford)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**:
David Easley Pro'Se
Box 100
So. Walpole, MA 02071

**Attorneys (If Known)**: 05-11290 (EFH)
One Ashburton Pl
Boston, MA 02108

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8th Amend Const, 14th Amend Const    42 USC 1983    Denied mental health facility (suicide)    Cruel & unusual etc

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 125,000.—    CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**: (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 6-9-2005    SIGNATURE OF ATTORNEY OF RECORD: D. Easley Pro'Se

**FOR OFFICE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Easley V. Dennehy et al__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    __ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.  195, 196, 368, 400, 440, 441-446, 540, (550), 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.              for patent, trademark or copyright cases

    __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

    __ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    __ V.   150, 152, 153.

    05 - 11290 EFH

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
    YES ☐    NO ✓

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐    NO ✓

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ✓    NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ✓    NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division ☐    Central Division ☐    Western Division ☐ (Not sure)

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐    NO ✓

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Pro Se     David Easley T85010__
ADDRESS __Box 100  S. Walpole, MA 02071__
TELEPHONE NO. __(330) 652-9635__

(CategoryForm.wpd -5/2/05)