U.S. District Court
District of Massachusetts

David Easley Pro'se
Plaintiff

Case No. N/A

V.

Kathleen Dennehy et,al
Defendants

Declatory
Monetary
Contempt

Motion For 'TRO' Temporary Restraining Order Preliminary Injunction Relief
Emergency!

05-11290 EFH

Plaintiff Duly Sworn under Penalty of Perjury the forgoing is true Defendants are in Contempt of Court Order Austin et,al V. Wilkinson et,al (Ohio 2001-2003) And Refuse to Comply by temporaly transfering the Plaintiff to A Mental Hospital Old Colony or 2nd option Bridgewater. then Arrange for interstate compact to be Void And transfer Easley back to Ohio Mental Facility At Trumbell Correctional 'RTU' OR CRC 'RTU' Housing.

I'm told by Mental Health only Available RTU is Old Colony I'm being Denied Old Colony And Bridge water.

Meantime Plaintiff is in Imminent Danger of Suicide, Feelings of hopelessness, Depression And Post tramatic stress Do to his Manic Bi-polar Disorder. Suffers From Mental Anguish And Moves this Court to Grant transfer to A Mental Facility During Preliminary Stages While Court Decide the Merits. this Action will not Admit Guilt or liability only

A Neccessary Precaution Safe Guard in Emergency Situations As this one. Mr. Easley Has Been on Several 15 minute Suicide observation watches And one Constant Eyeball watch in 2 weeks Since April 26, 2005 till Now May 19, 2005.

To Add insult to injury May 13, 2005 C/o Marlo Dupont was Forced by Shift Commander Wayne Belisle to Charge Easley a mentally ill Patient with A Disciplinary Report For Attempting Suicide by Slicing his wrist (Near Artery) And Smearing Blood on wall & Floor. when Easley told C/o O'Brien he has A Mental Disorder Manic Depression its illegal to Hold Patients Responsible For there illness he was told Massachusetts Do what they want MCI-CJ.

MCI - Cedar Junction is not Equipted with A Rtu, Imitu OR Mental Hospital to Provide Positive Benifits And intense treatment programs Etc. See Dunn v. Voinvich et,al (Ohio 1996) And the Madrid v. Gomez (Cal 1994)
Austin et,al v. Wilkinson et,al (Ohio 2001-2003)

Plaintiff Easley is Being Subjected to Cruel and Unusal Punishment 8th Amend Const Right As well As Deprived of intensive mental treatment Hospital Facility. MCI only offer Basic Schedule Counsler OR Suicide Observation watch And will only Continue to let Easley inflict More injuries upon Himself and don't intervene in Disciplinary Process

transfer to Resolve Plaintiff Demand $130,000.00 Punitive ~~Compensary Damages~~ And Declatory & Injunctive Relief transfer to mental facility while waiting for long term mental Health Housing transfer Plus transfer back to Ohio ■ trumbell (RTU) OR CRC (RTU) mental Facility. Also Declatory For Mental Health Court order monitor to Get mental Patients Out DDU Supermax, isolation units, with Brain Damages History of Suicide, Psych medication on mental Health case Bad and transfer to mental facility. Fix Broken windows in HSU in All cells including Suicide Cells Stop Practice of No Heat taking Suicide Safety Blanket Freeze out Refrigarater. For Defendants to Comply Put Real USPS Mail Box locked bolted to wall (No current wooden Box) with key Access in Everyone Packet Not in View Portable Box Not Federaly Protected by Post master General. Stop Practice of Deny HSU Hospital Access to legal work Access to Court, Pen, Legal Pad, Carbon Paper, Legal Envelopes, Postal Stamps, Appeals, Discovery, Motions Postal Envelopes, Typing Paper, Attorney Phone Calls Inside Recreation And outside Recreation (when not on Suicide watch these things were Refused when Released off watch to Everyone. Amend Complaint in Future when Exhaust Recreation & Access to Court Defendants Did not respond to those issues only Mental Health And Such Other Relief.

D. Easley
Signature

David Easley #T85010
Box 100
S. Walpole, MA 02071