05 - 11290 EFH

Please Send Copies Enclosed Back - More Delayed Paper work Plus Account Statement Amended Complaint Etc.

Emergency Suicide Prevevention Pro Se Preliminary Injunction Preliminary