UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID EASLEY,  NO. 05-11290-EFH

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Without waiving the right of any defendant to personal service of process, counsel enters appearance for defendants Kathleen Dennehy, as Commissioner of Correction, and David Nolan, as Superintendent of MCI-Cedar Junction.

Dated: June 27, 2005                        Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ William D. Saltzman
William D. Saltzman
BBO No. 439749
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 154

## CERTIFICATE OF SERVICE

I, William D. Saltzman, hereby certify that on this 27th day of June, 2005, I caused a copy of the forging to be served by first class mail, postage prepaid, on the plaintiff, David Easley, to his address, MCI-Cedar Junction, P.O. Box 100, Route 1A, South Walpole, Massachusetts 02071.

/s/William D. Saltzman
William D. Saltzman