US DISTRICT COURT
DISTRICT OF MASSCHUSSETTS

DAVID EASLEY

V

NO. 05-11290-EFH

KATHLEEN DENNEHY ET, al

MOTION TO CONTINUE
90 day CONTINUANCE

DO TO NUMEROUS SEARCHES EVERY OTHER DAY PLAIN TIFF WAS UNABLE TO GO TO LAW LIBRARY TO RESEARCE ARUMENTS ALSO Outdated S.Ct updates. Do to 3 Lockdown Searches in a week Access to Law library And Indigent Law material Canceled. Ordinary Daily Operations Are Canceled Plaintiff Needs Continue Also Grievance Delays Access to Court to Exhaust Remedies For Amended Complaints.

Certificate of Service

The Forgoing was sent to William D. Saltzman DOC 70 Franklin St Ste 600 Boston, MA 02110 this 30 day th of June 2005