U.S. District Court
District of Massachusetts

David Easley
  Plaintiff

V.

Kathleen Dennehy, et al
  Defendant

No. 05-11290-EFH

Motion to Appoint Counsel
42 U.S.C. § 1997 CRIPA

Plaintiff is on Medication Anti Depressiate and Diagnosed with a mental illness and Does Not understand Law Niether is he a lawyer. Medication side effects Cause Plaintiff to Sleep and Confusion.

Easley Contacted MCLS, Harvard Law and Several Lawyers For Pro bon Assist No Results No Lawyer willing to Help.

— Plaintiff is Indigent And Can't Afford Attorney.

— Limited Access to Law Library Do to, too many numerous lock Down Searchs Every Single Week

— Complex And Confusing Legal issues