US District Court
District of Massachusetts

David Easley

v.

Kathleen Dennehy et al

No. 05-11290-EFH

Motion to Leave to File
Amended Complaint

John Doe number one name is Arthur Brewer (U. MASS Corr Health) Director.

— John Doe number two name is Susan J. Martin (Director Health Service Division) Doc

— John Doe number three name is June S. Binney (Program Director) UMCh.

John Doe Four Recreation Supervisors

John Doe Five Law Library Supervisors

John Doe Six Legal (Mail Room) Supervisors

John Doe Seven Classification Supervisors

John Doe Eight Disciplinary Board Supervisors