David Easley

v.

kathleen Dennehy et, al

OFFICE
P 1:53

Case No. 1:05-cv-11290

Motion to Amend Complaint

1st
First Issue : Inadquate LAW library AND
Access to Court Denial of Legal materials
in HSU hospital inffirmary no Paper, Pens,
Legal Envelopes, no Court cases, no MGL BOOKS
OR law library Request Forms. Denied Access
to law library Bathroom told to go to cell
Choose Between Bathroom or library. when
Dave refuse library entry to continue typing.
Out Dated law material tore up Books no
Lexis nexis Computer intranet CD Rom to keep
up new case law and Copies to Avoid tore Books
Cost of Replacing Books. Refusal to Copy
Case law and Const LAW instructions From
Georgetown Law Journal, words and Phrases
Legal Directory & Statutory meanings.

2ND issue: Denied Recreation IN Hospital infirmary When released From Suicide Watch on Regular Status And Denied Recreation on A/A Status Orientation No indoor Recreation Facility OR Access For orientation

3rd issue: Refusal to use Restroom While At Recreation And Forced to Forfeit law library Choose Rest Room OR law library Urinate on Floor is Public Exposure nudity Crime.

4th Complaint: intentional Delays to Resolve OR Deny grievance to prevent Access to Court by PLRA Exhaust Remedy A tactic ■ used to Seek Dissmissal by U.S. District Court which is now going on Judge Decision to Dismiss After Plaintiff Plans to Amend Complaint once Remedies Exhaust. Delays to Stop process Grievance Cordinator Refusing to Respond After weeks possible month, not responding to Detailed multiple Complaints out of 6 only Document 2 OR 3 Even Returning Complaints unanswered Claim Not Emergency OR Copy Reciept Not GOOD Send your Personal Copy with Decision to Keep AND Not Return Hender Due Process.