U.S. District Court
District of Massachusetts

David Easley
  Plaintiff

v.

Kathleen Dennehy et, al
  Defendant

Case No: 1:05-cv-11290
              EFH

## Motion to Compel Produce Documents

1. Mental and Medical Records

2. Masterfile

3. Interstate Compact File and Records

4. U.MASS Medical Policy and Procedures Concerning Suicide Observations. Mental Health Transfer Criteria to Bridgewater and Rtu.

5. Grievance, Complaints, Dept of Mental Health Reprimands From Medical Ethics License Board /Lawsuite Decisions, Statics of transfers and

5th issue: 1st Const. Right Censorship Denial of / And ▉▉▉▉ Mail Room Blanket Bands on All R&B Cassett tapes Example (Michael Jackson) Greatest Hits, Commercial Advertising Catalog to purchase ▉▉ Reading sexual Novels and Magazines. Mail Room Blanket Bands on Playboy and photos, Magazines Showing Breast Exposure. No Explicit Criminal (Rape or Child porn) only Hetrosexual Adult Models over 18 Showing Breast Exposure Also (Free Speech & Association) Mail Room Band. Can't Recieve or Send love letters non threat to Female prisoners From men when Mail Room is Allowed to inspect mail For threat to Safety. (I Bet State will respond with Feeble ▉▉ Attempt to Justify ▉▉ Abuse of Authority with A Non-Serious Erelvant Excuse).

6. Inadquate mental Health can't provide Nothing More than Suicide watch and Scheldule talks. Any patient with suicidal unpredictable history pattern knowingly Create Deliberate Indifference And intent to Avoid Plan B treatment to Save Money and put patients Health at Risk and State at Risk For A Wrongful Death lawsuite (Creating A life (Liberty interest) without Adquate Rehab treatment Ohio Can Deny parole and Committe to A Hospital upon release. to Sit and Continue to watch

Suicide Attempts until patient Dead and talk to him put on Suicide watch is Not treating illness only temporarly (containing) it untill the (invitable).

Suicide Deaths, 2004-2005 Suicide Count 15 minutes And Constant Eyeball Watch how Many.

6. How Many Bridgewater returns to MCI Aftercare

7. All CMR Recent MCI-CJ Revised 2005 Edition.

8. All current Incident Reports Since April 26, 2005 till today

9. Medication Prescribe Policy And Side Effects Diagnosis by Doctor For mental Illness. Records by Doctor Herby AND Policy

10. Disciplinary Procedures For mentally ill

11. Commissioner Grievance Investigation Decisions And Records Per MGL 127 Duties of Commissioner to investigate Grievance Concerning All UMASS Medical And Mental Health Complaints

12. Policy For Classifying mental Health in Adquate Facility Seperate From General Pop to Avoid Security threats.

13. Mandatory treatment Procedures