UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID EASLEY,                                                             NO. 05-11290-EFH

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al.,

    Defendants.

OPPOSITION TO MOTION TO MOTION TO FILE AMENDED COMPLAINT

Defendants Kathleen Dennehy, as Commissioner of Correction, and David Nolan, as Superintendent of MCI-Cedar Junction, oppose the plaintiff's motion entitled, *Motion to Leave to File Amended Complaint* (docket entry 10), which appears to be a motion to substitute parties for "John Doe" defendants. As reason therefore, the plaintiff has not complied with the requirement of Local Rule 15.1(B) requiring advance service on the proposed parties.

Dated: July 18, 2005                                         Respectfully submitted,

                                                   NANCY ANKERS WHITE
                                                   Special Assistant Attorney General

                                                   /s/ William D. Saltzman
                                                   William D. Saltzman, BBO No. 439749
                                                   Department of Correction Legal Division
                                                   70 Franklin Street, Suite 600
                                                   Boston, Massachusetts 02110
                                                   (617) 727-3300, Ext. 154

CERTIFICATE OF SERVICE

      I, William D. Saltzman, hereby certify that on this 18th day of July, 2005, I caused a copy of the forging to be served by first class mail, postage prepaid, on the plaintiff, David Easley, to his address, MCI-Cedar Junction, P.O. Box 100, Route 1A, South Walpole, Massachusetts 02071.

                                                  /s/William D. Saltzman
                                                  William D. Saltzman