UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID EASLEY,                                                       NO. 05-11290-EFH

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al.,

    Defendants.

OPPOSITION TO MOTION TO MOTION TO AMEND COMPLAINT

Defendants Kathleen Dennehy, as Commissioner of Correction, and David Nolan, as Superintendent of MCI-Cedar Junction, oppose the plaintiff's motion entitled, *Motion to Amend Complaint* (docket entry 11), for reason that the plaintiff has not filed or served an amended complaint.

Dated: July 18, 2005                                Respectfully submitted,

                                                                 NANCY ANKERS WHITE
                                                                  Special Assistant Attorney General

                                                                  /s/ William D. Saltzman
                                                                  William D. Saltzman, BBO No. 439749
                                                                  Department of Correction Legal Division
                                                                  70 Franklin Street, Suite 600
                                                                  Boston, Massachusetts 02110
                                                                  (617) 727-3300, Ext. 154

CERTIFICATE OF SERVICE

    I, William D. Saltzman, hereby certify that on this 18th day of July, 2005, I caused a copy of the forging to be served by first class mail, postage prepaid, on the plaintiff, David

Easley, to his address, MCI-Cedar Junction, P.O. Box 100, Route 1A, South Walpole, Massachusetts 02071.

<u>/s/William D. Saltzman</u>
William D. Saltzman