UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID EASLEY,  NO. 05-11290-EFH
    Plaintiff,

v.

KATHLEEN DENNEHY, et al.,
    Defendants.

OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants Kathleen Dennehy, as Commissioner of Correction, and David Nolan, as Superintendent of MCI-Cedar Junction, oppose the plaintiff's motion entitled, *Motion to Compel Produce Documents* (docket entry 13). As reason therefore, the plaintiff is not entitled to an order compelling production of documents because he not followed the discovery procedures set forth in Fed.R.Civ.P. 34.

Dated: July 18, 2005  Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ William D. Saltzman
William D. Saltzman, BBO No. 439749
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 154

CERTIFICATE OF SERVICE

I, William D. Saltzman, hereby certify that on this 18[h] day of July, 2005, I caused a copy of the forging to be served by first class mail, postage prepaid, on the plaintiff, David Easley, to his address, MCI-Cedar Junction, P.O. Box 100, Route 1A, South Walpole, Massachusetts 02071.

/s/William D. Saltzman
William D. Saltzman