U.S. District Court
District of Massachusetts

David Easley

V.                                                      No. 05-11290-EFH

Kathleen Dennehy et, al                Judge Rya Zobel

## Motion to Amend Complaint

Plaintiff is Requesting to Add 1st Amend Const Violation For <u>Suspension of Grievance</u>. When Plaintiff Filed lawsuit And Attempted to Exhaust Remedies For <u>Denial</u> of outside And inside Recreation And law material in HSU Infirmary. As well as

Denial of Restroom At Recreation In General Population And Forced to Choose between <u>terminate</u> Law library type writer Etc to urinate. AND Misuse of I&E Recreational Funds this Not <u>Involved in Suit</u> But 160 Plus Prisoners Complained About there money Being used to Show Disney And PG13 movies. As A Result I WAS the only Prisoner Retaliated Against with Grievance suspension With NO Appeal Given For trying to Exhaust 8th And 14th Amendment Const Rights. Now Im being Deprived of 1st Amendment Free Speech And Right to Redress of Grievance And 14th Amend Due Process Right to Appeal Grievance.

Certificate of Service

The Foregoing was Sent to Clerk of Court to Forward to Defendants 70 Franklin St Ste 600 Boston, MA 02110-1300 this 16th Day of July 2005

_____
Dave Easley
Pro 'Se