EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DAVID EASLEY
      Plaintiff

                              CIVIL ACTION No.05-11290-EFH
V.

KATHLEEN DENNEHY,et al
      Defendants
_____


AFFIDAVIT OF RASHAD RASHEED


    I Rashad Rasheed hereby certify and states:

    1.     I am a prisoner confined in the general population of MCI-Cedar Junction.

    2.     I am a jailhouse lawyer and David Easley requested that I assist him with filing a Motion for Reconsideration in this matter.

    3.     On several occasions the prison officials warned

not to assist Mr. David Easley with his on going mental health needs or legal issues, however, I ignored the threats and I'm assisting Mr. Easley .

    4.     I have witness various prison officials here at MCI-Cedar Junction abusing and mistreating Mr. Easley because of his mental needs.

    5.     I witness Mr. Easley being denied acces to the toilet while in the prisno law library an as a direct result Mr. Easley defecated in his pants.

    6.     Without my assisting Mr. Easley would be unable

2

to file with this court his Motion for Reconsideration.

      7.     I have personal knowledge of the facts stated herein


Persuant to 28 USC Section 1746 I declare under the penalties
of perjury that the foregoing is true and correct.


July 18, 2005

Rashed Rasheed W35116