U.S. District Court
District of Massachusetts

David Easley
Plaintiff
V.
Kathleen Dennehy et.al
Defendant

No. 05-11290-EFH
Judge Rya Zobel

Monetary and punitive

Motion Preliminary Injunction

According to the Haventry case and Longval V. Department of Corrections East wing MCI-Cedar Junction has been ruled condemd as a fire hazard. There are no fire alarms no fire sprinkler no fire walls ripped out sinks Etc.

As of July 26, 2005 David Nolan and Deputy Lounga moved Supermax DDU to East wing 9 Block condemd Deathrow block I was population sent to suicide watch in HSU infirmary. I was not referred to Supermax classification in being illegal isolated in Supermax segragation with no due process violation see Sandin V. Conner and Wilkinson V. Austin (ohio 2005)

Yesterday July 27, 2005 Plaintiff Easley was took off Suicide watch from population then sent to Condemd Deathrow unit Block 9 East Wing.

Defendants know its illegal Due to Haventry case now Longval V. Doc therefore <u>Monetary</u> Damages can be recovered they know and still violate court order.

Further More Madrid V. Gomez (CAL 93-94 1776) its 8th Amendment Violation to place Mentally ill insane prisoners in Segration Supermax unit and or prison. the plaintiff Easley is A Class plaintiff in Austin V. Wilkinson et, al (ohio 2002) which granted Restraining order 2002 Against Supermax. in light of Recent Supreme Court Decision Wilkinson V. Austin (ohio 2005). Plaintiff is still Being locked in 23 and 1 hour Supermax Segration when Court order granted Perminent Band Also Diagnosed by Federal Court Appointed Mental Health Monitor with Bi-Polar.

Plaintiff hereby Request TRO and Monetary Damages For being locked in Death row Condemed East wing unit Violation 2nd time in Contempt of Haventry court order.

Certificate of service