U.S. District Court
District of Massachusetts

David Easley
   Plaintiff

V.

Kathleen Dennehy et, al
   Defendant

Judge Rya Zobel
No. 05-11290-EFH

Monetary and Punitive Damages

## Amended Complaint

Defendant David Nolan has suspended my Grievance rights for one year Plaintiff unable to Exhaust PLRA. Do to Defendants Prior knowledge of 8 Amendment Violation Placing Prisoner in East Wing Fire hazard old Death row G Block unit. this issue Defendant continues to Violate Haventry Court order with Prior knowledge So Defendant not immune and this Complaint is Sufficant untill Grievance Remedy restord to Exhaust PLRA

### Certificate of Service

Forgoing was sent to William D. Saltzman
70 Franklin St ste 600 Boston, MA 02110

July 28, 2005