District of MASS

David Easley
  Plaintiff

V.

Kathleen Dennehy
  Defendant

No. 05-11290-EFH

## Motion to Withdrawl Judge / Change of Venue

It has come to the Plaintiff Attention (Judge Biased to Prisoner suit) A Fair trial can not be reached in Mass. Also If Mentally ill Patient can not get A Court Appointed Lawyer. Judge Harrington Denied Attorney Request For reason I Don't Meet Standards yet, then Contradicts Himself Claiming Suit Frivolous I'm Not Filing Documents Correctly See IV. Failure to Comply Rule 8 2nD

Paragragh August 16, 2005 Memorandum And Order. The Court Recognize Pro Se complaints should be read liberally. Hughes v. Rowe 449 U.S. 59 (1980) However (prisoner Public Enemy Number one) Does not meet Minimum Standards.

I Just Explained <u>Why I Don't</u> Understand Court lingo <u>Rule 8</u> And <u>inter alia</u> Etc. the case is to <u>Complex</u> Prisoners <u>Rashad Rasheed</u> Done the suit And Assisted Me see 7-25-2005 Affidavit 18 Motion, Im Mentally ill on Medication And Suicide Watches Refused Paper, Envelopes Pen Etc in HSU Infirmary (Recently sneaked inside Pen filter, No covering, leaky filter out trash Paper And Envelope to Respond to courts). So this last Response For awile untill Released From HSU Im not A lawyer Im indigent 10 lawyers said no Pro bono

Other Contradictions 8-16-2005 memo And Order Section (E)(3) inadquate Mental Health Care 8th Amendment Right to be Free From Cruel And unusal Punishment is A only claim Judge will Allow which Shows Claim Has Merit to Proceed to trial Not Frivolous therefor Counsel Should be Appointed.

Further more Judge Refuse to Address Arguments (Madrid V. Gomez) 1146 F. Supp (CA 1995)

Casey V. Lewis (D. Ariz 1993) Cortes-Quinones V. Jiminez-Nettleship 842 F.2d (1 cir 1988) Segragation Not Suitable For Mentally ill Patients As Alternate For treatment Dilberate indiffrence Placing Patients in Dangerous Filthy Conditions.

Judge Says I Have No Right to (1st) Amend Const claim to File Grievance Redress Etc. No (8th) Amendment Right to one hour out cell Recreation Exercise

Under 8th Amendment Const Right Furthermore Judge Refuse to Address Plaintiff (Ohio 2002) court order injunction from placing mentally ill Patients in super Max Prison no Access to outdoor Recreation And Denied Due Process Hearings to Establish Guilt And OR Avoid transfer of mental Patient to SuperMAX See case Which Easley is Currently A Class Plaintiff

Austin V. Wilkinson et,al 189 F. Supp 2d 719 (N.D. Ohio 2002) And Wilkinson et,al V. Austin et,al 77 CrL. 305 (June 15, 2005) (Massachusetts Biased to Prisoner suits) Austin et,al Class Id. at 308

Cert of Serv

Forgoing shall be copied And sent to Doc legal 70 Franklin St Boston, MA 02110