NO. 05-11290 - EFH

EASLEY

V.

DENNEHY et, al

Exhibit (C)

CMR 650    Mental Health
Procedures Mandatory
Staff training And
Supervision

Clerk Return Original Copy
With 2 Extra Copy
Law Library Refuse to
Copy Plus Can't Enter
Library on Lock Down

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
HEALTH SERVICES DIVISION

103 DOC 650, MENTAL HEALTH SERVICES

TABLE OF CONTENTS

650.01   General Policy (procedure) .......................... 4
650.02   Training ........................................... 4
650.03   Communication Regarding Mental Health Status/Needs
         of Inmates ......................................... 5
         Intra-Facility Communication (procedure) ......... 5
         Inter-Facility Communication ..................... 6
         Inter-System Communication ....................... 7
650.04   Non-Emergency Mental Health Screening/Evaluations ... 7
         Facilities With On-Site Mental Health Staff ...... 7
         Facilities With No On-Site Mental Health Staff .. 11
         Contract Pre-Release Housing .................... 11
         Refusal of Mental Health Evaluation/Screening ... 12
         Comprehensive Mental Health Treatment Plans ..... 12
650.05   Forensic Evaluations .............................. 13
         Section 18(a) Admissions ........................ 13
         All Other Forensic Evaluations (procedure) ...... 15
650.06   On-site Examination By Outside Mental Health
         Professional    (Non    DOC,    Non-Contractual
         Psychiatrist, Psychologist, or Licensed Social
         Worker) ........................................... 15
650.07   Emergency Mental Health (procedure) ............... 17
         Attorney Visits for Inmates on Mental Health
         Watch (acute medical care) ...................... 18
         Suicide Prevention Plan (procedure) ............. 19
         Attempted Suicides Reporting Procedure .......... 21
         Therapeutic Restraint Use in Prisons Procedure. . 23
         Involuntary Use of Emergency Antipsychotic
         Medications in Prisons ....................... 30
650.08   Involuntary Use of Non-Emergency Psychotropic
         Medications ....................................... 31
         Court Approved Treatment Plans (Rogers Orders) .. 32
         DMH-Initiated Court Approved Treatment Plans .... 34
650.09   Mental Health Admissions to Health Service Units ... 35
650.10   Referral of Inmates to Residential Treatment Units . 36
650.11   Mental Health Records ......................... 37
650.12   Special Management Unit Placement and Rounds ....... 37
650.13   Psychotropic Medication ........................... 39
         Medication Distribution ......................... 40

Monitoring Inmate Compliance with Medication
            Orders ........................................... 40
650.14    Refusal of Treatment ............................... 42
650.15    Informed Consent ................................... 43
650.16    Release Planning ................................... 44

Attachment  A     Form for Requests to Perform Outside Mental
                  Health Services ............................ 46
Attachments B     Use of Four-Point Restraint Checklist ...... 47
                  Use of Chemical Agents Checklist  ......... 48
                  Therapeutic Four-Point Restraint Medical
                  Examination Checklist . . . . . . . . . . . 49
                  Correction Officer Observation Check Sheet. 50
                  Alternative Meals for Inmates  ............ 51
Attachment C      Mental Health Watch Form  ................. 53
Attachment D      Residential Treatment Unit Referral Form  .. 54
Attachment E      Self-Injurious Behavior Occurrences Report
                  Form  .................................... 55