District OF MASS

David Easley
    Plaintiff                              No. 05-11290-EFH
V.

Kathleen Dennehy
    Defendant

## Clerical Error Motion

Plaintiff would like to Clarify the Current lawsuit is Suing the Defendants in there individual Capacity which Makes them ^not immune to Hide Behind Color of State law. IF Suite was Attacking common wealth like kennedy V. Commissioner of comm wealth DOC Case would be fittled (Easley V. DOC). Also Plaintiff Does Request Jury Demand