District of Massachusetts

CLERKS OFFICE
2005 SEP -2 A 11: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

David Easley
   Plaintiff

No. 05-11290-EFH

V.

Kathleen Dennehy et, al
   Defendants

## Hearing Settlement Motion

Defendants have Agreed to transfer Easley Back to Ohio mental Facility.

IF Defendants Do Not Disagree Plaintiff Request For Settlement to Void $250. Filing Fee with transfer Back to ohio And $300 (OBO). The plaintiff will Stipulate to Voluntarily Dismissal And Will not pursue Appeals of Judgement without Prejudice And August 16, 2005 prospective injunction Relating to Above Case. As Well As Future suit For placing plaintiff in Condemed nine block A Fire Hazard without Establishing guilt And several Fires A Deliberate indifference Placing me in harmful Conditions.

Certificate of Service

Foregoing was sent U.S.P.S. to Defendants Counsel William D Saltzman 70 Franklin St Ste 600 this 30th Day of August 2005