District of Massachusetts

David Easley       NO. 05-11290-EFH
   Plaintiff

V.

Kathleen Dennehy et al


### Clerical Mistakes And Motion to Amend Complaint

Plaintiff would like to clarify the Record So No More Assumptions Are Made I AM Requesting Jury Demand, Declatory And Preliminary Injunction TRO, Punitive, Nominal And Compensary Damages.

IM Suing Defendants in there (individual capacity) For individual Acts Such As Nolan And Grievance Cordinator Sullivan Now Aucoin Ann Marie For individual Acts of Renegade procedures Above the law knowing that Suspending any Grievance with out a logical An Clear Reason Being Deliberate Indiffrence No Due process hearing to Establish guilt. (Only Retaliation) then when I Showed Nolan MGL 123 my Ohio Court Restraining order Avoiding Supermax Do to

My Mental illness he said he was Not interested in reading but to Send Classification Papers to see About lower Security Mental Health Erica Grandbar refused hospital transfer but Referral to Residential treatment unit Put in knowing Do to level 6 Security Nolan Approved would keep them From Excepting me.

Also I wrote Denneby then Faxed her And Showed her policy 123 OF MGL that its her Duty to Make Sure IM Placed in A Mental Health Environment Also MGL 124 AND MGL 127 States She Must investigate Grievance Procedures OF Prisoners AND AND Deliberate Biased Decisions then Resolve. Duties OF the Commissioner to investigate Prisoners Grievance. She Did Not Do this only Put Copy in File Referred the letter to her to A Staff which makes Her Directly involved.

Also Suing [OFFical] Capicity As Supervisors Neglecting Duty to Follow there own rules Placing mentally ill in Most Dangerous level 6 Supermax Facility Environment DDU Even worse Condend 9 Block A Fire hazard then Refusing to Allow me to write

Grievance After Several Fires And Smoke inhalition Denied Medical treatment Around Or About Aug 6-9, 2005 then Afterwards Prisoner Cut thru Fence with 2 large Metal Swords trying to kill Me Aug 10, 2005. when I left the Cage Entire Supermax yelled threats to kill Me urine thrown in Face. Police Put Me Back in Cell 30 Fire hazard Block 9 with Supermax hour later without Establishing Guilt I was housed with Supermax when IM Population. I told them the Blood was Accident on fence For Fear of my life Supermax was present they kill Switchs. So when Ask Did the Prisoner Cut me thru Fence I said Accident to Avoid Switch label.

So yes I believe Defendants acts were Deliberate indifference Malices intent wanton Physical Pain, Suffering And Mental Anguish Causing Suicide Attempts. therefore Defendants Are not Entitled to immunity After trying to Get Me Murdered And killed with there reckless I Don't Give A Damn Attitude See Cortes-Quinones V. Jiminez-Nettleship 842 F.2d 556 (1Cir 1988)

I Have Exhausted 80% OF Complaint Defendants would Not Allow Me to Griev Per PLRA Suspended Grievance For one year. So I could Not Submitt Any Complaints Concerning locking me A Population Mentally ill Patient with Supermax in A Condemd Fire hazard Block 9 NINE Without No Due process SAFe guard hearing Per 14th Amendment to Establish guilt.

I Have Been on Suicide watch For Weeks Requesting transfer to Ohio Stabbing Myself Requesting Removal From 9 Block then Hangself in window trying to End Pain Suffering And Mental Anguish by Suicide.

I would like to Request <u>Amend to Complaint</u> I Am no lawyer can <u>not Submitt Exhaust Grievance</u> on Suicide watch. Even now Im off Administration holding legal work in Property Room.

Amend to Complaint <u>8th Amendment And 14th Amendment Const Right Claim</u> A Denial Due process And Deliberate indifference Putting Mental Health in Supermax Unit Almost Causing Death by Fire And Murder Attempts in Condemd 9 Block Fire Hazard without Establishing Guilt See Argument Kenny v. Commissioner

~~of DOC~~ Massachusetts

Kenney V. Commissioner of Correction 393 MASS 28 468 N.E. 2nd 616, 619-20 (MASS 1984) Prisoner Placed in Disciplinary unit Pending hearing Failure to obtain the Commissioner Authorization For Pre hearing Confinement Violated State Regulations

Plaintiff Did Not fittle Case Commissioner of Corr OR DOC Court tryed to the Case is individual AND OFFical Capacity

### Certificate OF Service

August 27, 2005

The Foregoing was sent USPS to Clerk Request Service on the Defendant William Saltzman DOC Legal 70 Franklin St Ste 600 Boston MA 02110. OR Make Copy return to Plaintiff to Mail. Plaintiff on lock down Recently off Suicide watch on A/A No library or Copy Access