District of Massachusetts

FILED
CLERKS OFFICE
2005 SEP -2 A 11: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

David Easley
   Plaintiff

No. 05-11290-EFH

V.

Kathleen Dennehy
   Defendants

      Motion For Court order to to Recieve more than one Copy From law Library to Serve Clerk and Defendants motion Copies and CMRs For Above case. And Order to Go to library or Access timely.

    Plaintiff has been on 72 hour A/A lock-Down Status For 120 plus hours and can't Go to law library to Research and Respond to August 16, 2005 order. Also just Came off Suicide watch and given order 8-25-2005 10 Days later unable to respond timely. Request Order From Court to Go to law library. Also librarian will not provide more than one copy unless Court Orders it to Serve Counsel and Clerk copy CMRs Also.

Plaintiff seeks 30 Day Continuence to Prepare and Respond timely.

Certificate of Service

Plaintiff is unable to make Copies to Serve Counsel No Confidential Copies And law Library Access Please Serve Counsel this Motion on this 30th Day of August 2005