United States District
Court of Mass. (1st. cir.)

David Easley

v.

Kathleen Dennehy

#05-11290-EFH

{ Plaintiffs Motion To Withdraw the Complaint. Mental Health.

Now comes the Plaintiff and requests that this Honorable Court dismiss this matter without predjudice where-as the Plaintiffs current mental health status Prohibits him from generating a meaningful Pleading and/or opposition.

Plaintiff requests expungement of all court costs and filing fees.

Respectfully:

*David Easley*

(Certificate)
A copy sent to defendants, 9-5-2005