District of Massachusetts

David Easley                                    No. 05-11290-EFH

V.

Kathleen Dennehy et, al


## Motion to Voluntarly Dissmissal

The Plaintiff Request to Dismiss the Above Case And Filing Fee Voluntarly without prejudice. No Summons or Summary Judgement has been Entered to Enforce Jurisdiction. The Plaintiff is to mentally unstable to Pursue Case becoming worse on A Day by Day routine And is transferring out of State next week making it Even More Difficult to pursue with no local law books And rules Etc no lawyer Etc (Can't use Arizona Books for MASS). Plaintiff tryed to Dismiss Prior to 8-16-2005 Memorandum But For reasons out of his control he was on constant Suicide watch Refused paper, pen And Envelopes to File by medical. that being said and done Should be good cause For Dismissal.

                                                David Easley

(Certificate)

A Copy Sent to Defendants, 9-5-2005